# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO: 1:CR-07-42 |
| V. | (Rambo, J.) |
| PATRICK BLAINE | |

FILED
HARRISBURG, PA

## INFORMATION

FEB 2 - 2007

### COUNT I

MARY E. D'ANDREA, CLERK
Per_____
            Deputy Clerk

**THE UNITED STATES OF AMERICA CHARGES THAT:**

Beginning on or about July 2006 and continuing up through on or about October 2006, in Cumberland County and within the Middle District of Pennsylvania, the defendant--

### PATRICK BLAINE

did knowingly and willfully make materially false, fictitious and fraudulent representations, and did conceal material facts by trick, scheme and device, in a matter within the jurisdiction of the United States Department of Housing and Urban Development, a department and agency of the United States government, in that the defendant provided false information and concealed material facts from housing officials regarding the defendant's prior criminal record specifically the fact that **BLAINE** had previously been convicted of rape in Texas and had served a

lengthy jail term as a result of that conviction.

All in violation of Title 18, United States Code, Sections 1001 and 2.

*Thomas A. Marino*   BY ACC
**THOMAS A. MARINO**
**UNITED STATES ATTORNEY**

2-2-07
**DATE**